**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 28 WAL 2024

          Respondent                   :

                                        :     Petition for Allowance of Appeal

                                        :     from the Order of the Superior Court

          v.                        :

                                        :

DEVON BASKIN,                   :

          Petitioner                    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 24th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.